# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

NOSTALGIC PARTNERS, LLC, d/b/a THE STATEN ISLAND YANKEES; ONEONTA ATHLETIC CORPORATION, d/b/a THE NORWICH SEA UNICORNS; SPORTS ENTERPRISES, INC. d/b/a SALEM-KEIZER VOLCANOES; and TRI-CITY VALLEYCATS, INC.,

        Plaintiffs-Appellants,

v.

THE OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION d/b/a MAJOR LEAGUE BASEBALL,

        Defendant-Appellee.

Docket No. 22-2859

## STIPULATION OF PARTIAL DISMISSAL BETWEEN PLAINTIFF-APPELLANT SPORTS ENTERPRISES, INC. AND DEFENDANT-APPELLEE THE OFFICE OF THE COMMISSIONER OF BASEBALL

Plaintiff-Appellant Sports Enterprises, Inc. d/b/a Salem-Keizer Volcanoes ("Salem") and Defendant-Appellee the Office of the Commissioner of Baseball, an Unincorporated Association d/b/a Major League Baseball ("MLB"), pursuant to Fed. R. App. P. 42(b), hereby stipulate that the above-captioned appeal is withdrawn and dismissed with prejudice as to Salem only, without costs and without attorneys' fees. For the avoidance of doubt, Plaintiffs-Appellants Nostalgic Partners, LLC, d/b/a the Staten Island Yankees, Oneonta Athletic Corporation, d/b/a the Norwich Sea Unicorns, and Tri-City ValleyCats, Inc. shall continue to maintain their appeal of the October 26, 2022 Opinion Granting Motion to Dismiss issued in the matter of *Nostalgic Partners, LLC et al. v. The Office of the Commissioner of Baseball*, No. 1:21-cv-10876-ALC (S.D.N.Y.) as against Defendant-Appellee MLB.

DATED: November 29, 2022
         New York, New York

Respectfully submitted,

By: /s/ David J. Lender

David J. Lender
Gregory Silbert
Eric S. Hochstadt
Zachary A. Schreiber
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
david.lender@weil.com
gregory.silbert@weil.com
eric.hochstadt@weil.com
zach.schreiber@weil.com

Mark Pinkert
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Ave., Suite 1200
Miami, FL 33131
Tel: (305) 577-3148
mark.pinkert@weil.com

James W. Quinn
**BERG & ANDROPHY**
120 W. 45th St., 38th Floor
New York, New York 10036
Tel: (646) 766-0073
Fax: (646) 219-1977
jquinn@bafirm.com

*Counsel for Plaintiff-Appellant Sports Enterprises, Inc. d/b/a Salem-Keizer Volcanoes*

By: _____
John L. Hardiman
Benjamin R. Walker
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
hardimanj@sullcrom.com
walkerb@sullcrom.com

Jeffrey B. Wall
Morgan L. Ratner
**SULLIVAN & CROMWELL LLP**
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
Tel: (202) 956-7500
wallb@sullcrom.com
ratnerm@sullcrom.com

*Counsel for Defendant-Appellee The Office of the Commissioner of Baseball d/b/a Major League Baseball*