# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2859

**Caption [use short title]**

**Motion for:** a 14-day extension of time within which to file a brief as amicus curiae.

**Set forth below precise, complete statement of relief sought:**

The United States respectfully requests a 14-day extension of time within which to file a brief as amicus curiae in support of appellants or neither party, if such a filing is authorized by the Solicitor General of the United States, moving the deadline from January 16, 2023, to January 30, 2023.

Nostalgic Partners, LLC v.
The Office of the Commissioner of Baseball

**MOVING PARTY:** United States of America     **OPPOSING PARTY:** None

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Matthew C. Mandelberg     **OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

(202) 476-0483
matthew.mandelberg@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York, Judge Andrew L. Carter, Jr.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Matthew C. Mandelberg   **Date:** 01/05/2023   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

NOSTALGIC PARTNERS, LLC, d/b/a THE STATEN ISLAND YANKEES; ONEONTA ATHLETIC CORPORATION, d/b/a THE NORWICH SEA UNICORNS; and TRI-CITY VALLEYCATS, INC.,

*Plaintiffs-Appellants*,

SPORTS ENTERPRISES, INC., d/b/a SALEM-KEIZER VOLCANOES,

*Plaintiff,*

v.

THE OFFICE OF THE COMMISSIONER OF BASEBALL, AN UNINCORPORATED ASSOCIATION d/b/a MAJOR LEAGUE BASEBALL

*Defendant-Appellee.*

No. 22-2859

**UNOPPOSED MOTION OF THE UNITED STATES OF AMERICA FOR A 14-DAY EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE**

Pursuant to Fed. R. App. P. 26(b), 2d Cir. R. 27.1, and 2d Cir. R. 31.2(c), the United States respectfully requests a 14-day extension of time within which to file a brief as amicus curiae in support of appellants or neither party, if such a filing is authorized by the Solicitor General of the United States. *See* 28 C.F.R. § 0.20(c). The requested extension would move the deadline for such a brief from January 16, 2023,

to January 30, 2023. Counsel for Plaintiffs-Appellants do not oppose this motion. Counsel for Defendant-Appellee also do not oppose this motion, so long as they receive a corresponding two-week extension. There is good cause for the requested extension as the United States requires additional time to consider the potentially complex and important questions of federal antitrust law presented in this case.

The United States enforces the federal antitrust laws and has a strong interest in their correct application. The United States thus often participates as amicus curiae in cases where parties seek an exemption from the antitrust laws[1]—as Defendant does here under Supreme Court cases setting forth a limited exemption for the offering of baseball games to the public (the Baseball Exemption). *Flood v. Kuhn*, 407 U.S. 258, 282 (1972); *Toolson v. N.Y. Yankees, Inc.*, 346 U.S. 356 (1953); *Federal Baseball Club of Baltimore v. National League of Professional Baseball Clubs*, 259 U.S. 200 (1922). The United States also often participates as amicus curiae in cases involving professional sports leagues.[2] And the United States filed a Statement of Interest under 28 U.S.C. § 517 in this case in the District Court addressing the proper interpretation of the Baseball Exemption. D.Ct. Dkt. 35 (June 15, 2022).

---

[1] *See, e.g.*, En Banc Brief for the United States and the Federal Trade Commission as Amici Curiae Supporting Plaintiff-Appellee, *SmileDirectClub v. Battle*, 4 F.4th 1274 (11th Cir. 2021), https://www.justice.gov/atr/case-document/file/1369006/download (addressing an implied exemption to the antitrust laws for certain state actions).

[2] *See, e.g.*, Brief for the United States as Amicus Curiae Supporting Respondents, *NCAA v. Alston*, 141 S. Ct. 2141 (2021), https://www.justice.gov/atr/case-document/file/1376116/download.

2

Because this appeal is from a decision granting a motion to dismiss, it was placed on the Expedited Appeal Calendar. The United States requires additional time for various components of the federal government to analyze the issues raised on this expedited appeal, and determine if an amicus filing is warranted. Any amicus filing also must be authorized by the Solicitor General. *See* 28 C.F.R. § 0.20(c).

If the United States decides not to participate as amicus, the United States will promptly inform the Court and the parties.

## CONCLUSION

This Court should grant the United States a 14-day extension of time, to and including January 30, 2023, in which to file a brief as amicus curiae supporting appellants or neither party, if the Solicitor General authorizes such a filing.

                                       Respectfully submitted.

                                       s/ Matthew C. Mandelberg

                                       MATTHEW C. MANDELBERG
                                          *Attorney*

                                       U.S. DEPARTMENT OF JUSTICE
                                       ANTITRUST DIVISION
                                       950 Pennsylvania Ave., N.W.
                                       Room 3224
                                       Washington, D.C. 20530-0001
                                       (202) 476-0483
                                       matthew.mandelberg@usdoj.gov

                                       *Counsel for the United States*

January 5, 2023

# CERTIFICATE OF COMPLIANCE

1. Pursuant to Fed. R. App. P. 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 495 words, excluding the parts of a motion exempted by Fed. R. App. P. 32(f).

2. Pursuant to Fed. R. App. P. 27(d)(1)(E), I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Office Word Professional Plus 2019 using 14-point Garamond font.

s/ Matthew C. Mandelberg

Matthew C. Mandelberg
*Counsel for the United States*

January 5, 2023