# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-three.

_____

Nostalgic Partners, LLC, DBA The Staten Island Yankees, Oneonta Athletic Corporation, DBA The Norwich Sea Unicorns, Tri-City ValleyCats, Inc.,

    Plaintiffs - Appellants,

v.

The Office of the Commissioner of Baseball, an Unincorporated Association d/b/a Major League Baseball,

    Defendant - Appellee.

**ORDER**

Docket No. 22-2859

_____

Appellee moves for permission to file a corrected brief that includes the correct font. Appellants do not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED. The brief must be filed within 3 days of the date of this order under the filing event "Corrected Brief, Filed."

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court