# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

*Scott S. Harris*
Clerk of the Court
(202) 479-3011

November 15, 2023

Mr. Gregory Silbert, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mr. Jeffrey B. Wall, Esq.
Sullivan & Cromwell LLP
1700 New York Ave, NW
Suite 700
Washington, D.C. 20006

Re: Tri-City ValleyCats, et al.
v. Office of the Comm'r of Baseball
No. 23-283

Dear Counsel:

Attached are certified copies of the joint stipulation for dismissal of the petition for writ of certiorari, filed on November 8, 2023, and the order of dismissal pursuant to Rule 46 of the Rules of this Court.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk- Judgments

Enc.
cc: Clerk, 2d Cir.
(Your docket No. 22-2859)

# Supreme Court of the United States

No. 23-283

**TRI-CITY VALLEYCATS, INC., ET AL.,**

Petitioners

v.

**THE OFFICE OF THE COMMISSIONER OF BASEBALL**

(14 November 2023). The foregoing joint stipulation for dismissal of the petition for writ of certiorari having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

SCOTT S. HARRIS
Clerk of the Supreme Court
of the United States

By: Danny Bickell

Danny Bickell
Deputy Clerk

Supreme Court, U.S.
FILED
NOV - 8 2023
OFFICE OF THE CLERK

No. 23-283

# In the Supreme Court of the United States

TRI-CITY VALLEYCATS, INC., et al., PETITIONER,

*v.*

THE OFFICE OF THE COMMISSIONER OF BASEBALL,
RESPONDENT

*ON PETITION FOR A WRIT OF CERTIORARI
TO THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT*

## STIPULATION OF DISMISSAL

Petitioners, Tri-City ValleyCats, Inc. and Oneonta Athletic Corporation, and Respondent, the Office of the Commissioner of Baseball, hereby stipulate and agree to the dismissal of the above-captioned case. All parties bear their own costs with respect to the proceedings before this Court. All fees due to the Court have been paid and no further fees are due. The parties respectfully request that the Clerk enter an order of dismissal forthwith in accordance with Rule 46.1 of the Supreme Court of the United States.

RECEIVED
NOV 1 3 2023
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Dated this 8th day of November, 2023.

GREGORY SILBERT  
*Counsel of Record for Petitioners*  
DAVID J. LENDER  
ZACHARY A. SCHREIBER  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8000  
gregory.silbery@weil.com  
david.lender@weil.com  
zach.schreiber@weil.com

JEFFREY B. WALL  
*Counsel of Record for Respondent*  
MORGAN L. RATNER  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue, N.W.  
Suite 700  
Washington, DC 20006  
(202) 956-7660  
wallj@sullcrom.com

NOVEMBER 8, 2023



A true copy SCOTT S. HARRIS  
Test  
Clerk of the Supreme Court of the United States  
By: Doggy Bidell